# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KATHRYN A. NIEMEYER,

    Plaintiff,

v.

FORD MOTOR COMPANY, et al.,

    Defendants.

2:09-CV-2091 JCM (PAL)

## ORDER

Presently before the court is plaintiffs' motion for leave to amend their complaint against defendants (Doc. #36). Defendants Autoliv ASP, Inc. and Ford Motor Company filed a joint notice of non-opposition (Doc. #37).

Any party may amend its pleadings by leave of court after a responsive pleading has been filed. Fed. R. Civ. P. 15(a)(2). Leave of court to amend should be freely given when justice so requires and when there is no undue delay, bad faith or dilatory motive on the part of the moving party. *See DCD Programs, LTD v. Leighton*, 883 F.2d 183 (9th Cir. 1987); *Gabrielson v. Montgomery Ward & Co.*, 785 F.2d 762 (9th Cir. 1986).

Here, plaintiffs request leave to amend their complaint in order to dismiss defendants Autoliv, ASP, Inc. and Morton International, Inc., and also to clarify the allegations against the remaining defendants. However, the court notes that defendant Morton International, Inc. was already dismissed from this action on December 7, 2009 (Doc. #17). Nevertheless, for the remaining reasons provided by plaintiffs and good cause appearing,

**James C. Mahan**
**U.S. District Judge**

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiffs' motion for leave to amend complaint (Doc. #36) is GRANTED.

IT IS FURTHER ORDERED that defendant Autoliv, ASP, Inc., is dismissed from this case.

DATED June 22, 2010.

_____
**UNITED STATES DISTRICT JUDGE**