MORRIS PETERSON
Steve Morris, Bar No. 1543
Email:  sm@morrislawgroup.com
Ryan M. Lower, Bar No. 9108
Email:  rml@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone:   (702) 474-9400
Facsimile:   (702) 474-9422

Jeff M. Golub (*pro hac vice*)
Email:  jgolub@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
1221 McKinney Street, Suite 4500
Houston, Texas  77010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

Attorneys for Autoliv ASP, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN A. NIEMEYER, individually and as the Representative of the Estate of ANTHONY NIEMEYER, MARK NIEMEYER, JESSICA NIEMEYER, and REBECCA NIEMEYER,<br><br>Plaintiffs,<br>v.<br><br>FORD MOTOR COMPANY, a Delaware THE HERTZ CORPORATION, a Delaware corporation; HERTZ RENT-A-CAR, a corporation; AUTOLIV ASP, INC., a Missouri corporation; MORTON INTERNATIONAL, INC.; DOES I through XX; ROES I through XX; MOES I through XX; and POES I through XX; inclusive,<br><br>Defendants. | CASE NO. 2:09-cv-02091-JCM-PAL<br><br>**REQUEST TO BE REMOVED FROM SERVICE LIST RE NOTICES OF ELECTRONIC FILING** |

Attorneys Steve L. Morris, Ryan M. Lower and Jeff M. Golub request that

they be removed from the service list in this matter and ask that they no longer receive

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

Notices of Electronic Filing regarding this case.  Autoliv ASP, Inc. was dismissed from this case on June 22, 2010.  See Exhibit "A" attached.

MORRIS PETERSON

By: ___/s/ Ryan M. Lower_____
    Steve Morris, Bar No. 1543
    Ryan M. Lower, Bar No. 9108
    900 Bank of America Plaza
    300 South Fourth Street
    Las Vegas, Nevada  89101

Jeff M. Golub (*pro hac vice*)
BECK, REDDEN & SECREST, L.L.P.
1221 McKinney Street, Suite 4500
Houston, Texas  77010

Attorneys for Autoliv ASP, Inc.

IT IS SO ORDERED this 19th day
of July, 2010.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

2

1

2

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada

3

Electronic Filing Procedures, I certify that I am an employee of MORRIS PETERSON,

4

and that the following document was served via electronic service:   **REQUEST TO**

5

**BE REMOVED FROM SERVICE LIST RE NOTICES OF ELECTRONIC FILING**

6

7

8

TO:    Ralph J. Rohay
309 W. Lake Mead Parkway, Suite B
Henderson, NV  89015
*Attorneys for Plaintiffs*

9

10

11

Daniel T. Ryan (*pro hac vice*)
Bollwerk & Ryan LLC
10525 Big Bend Boulevard
St. Louis, MO  63122
Counsel for Plaintiffs
*Attorneys for Plaintiffs*

12

13

14

15

Bradley D. Kuhlman (*pro hac vice*)
Chad C. Lucas (*pro hac vice*)
The Kuhlman Law Firm, LLC
1100 Main Street, Suite 2550
Kansas City, MO  64105
*Attorneys for Plaintiffs*

16

17

18

Phillip R. Emerson
Emerson & Manke, PLLC
1055 Whitney Ranch Drive, Suite 120
Henderson, NV  89014
*Attorneys for Defendant The Hertz Corporation*

19

20

21

22

Jay Schuttert
Daniel S. Rodman
Snell & Wilmer, LLP
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada  89169
*Attorneys for Defendant Ford Motor Company*

23

DATED this 8th day of July, 2010.

24

25

By:    __/s/ Patricia Cannon__

26

27

28

MORRIS PETERSON
ATTORNEYS AT LAW
00 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

3

# EXHIBIT A

# EXHIBIT A

1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7   | KATHRYN A. NIEMEYER, | 2:09-CV-2091 JCM (PAL)

8   | Plaintiff,

9   | v.

10  | FORD MOTOR COMPANY, et al.,

11
12  | Defendants.

13                              **ORDER**

14          Presently before the court is plaintiffs' motion for leave to amend their complaint against

15   defendants (Doc. #36). Defendants Autoliv ASP, Inc. and Ford Motor Company filed a joint notice

16   of non-opposition (Doc. #37).

17          Any party may amend its pleadings by leave of court after a responsive pleading has been

18   filed. Fed. R. Civ. P. 15(a)(2). Leave of court to amend should be freely given when justice so

19   requires and when there is no undue delay, bad faith or dilatory motive on the part of the moving

20   party. *See DCD Programs, LTD v. Leighton*, 883 F.2d 183 (9th Cir. 1987); *Gabrielson v.*

21   *Montgomery Ward & Co.*, 785 F.2d 762 (9th Cir. 1986).

22          Here, plaintiffs request leave to amend their complaint in order to dismiss defendants

23   Autoliv, ASP, Inc. and Morton International, Inc., and also to clarify the allegations against the

24   remaining defendants.  However, the court notes that defendant Morton International, Inc. was

25   already dismissed from this action on December 7, 2009 (Doc. #17). Nevertheless, for the remaining

26   reasons provided by plaintiffs and good cause appearing,

27
28

James C. Mahan
U.S. District Judge

1        IT IS ORDERED, ADJUDGED, AND DECREED that plaintiffs' motion for leave to amend

2    complaint (Doc. #36) is GRANTED.

3        IT IS FURTHER ORDERED that defendant Autoliv, ASP, Inc., is dismissed from this case.

4    DATED June 22, 2010.

5

6

7    **UNITED STATES DISTRICT JUDGE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -