Ralph J. Rohay, Esq
309 W. Lake Mead Pkwy., Ste. B
Las Vegas, Nevada 89015
Telephone: (702) 737-1122
Facsimile: (702) 737-3110
ralphrohay@yahoo.com

Daniel T. Ryan, Esq. *(Pro Hac Vice)*
BOLLWERK & RYAN, LLC
10525 Big Bend Boulevard
St. Louis, Missouri 63122
Telephone: (314)315-8111
Facsimile:  (314)315-8113
dtr@bollwerkryan.com

Bradley D. Kuhlman  *(Pro Hac Vice)*
Chad C. Lucas         *(Pro Hac Vice)*
THE KUHLMAN LAW FIRM, LLC.
1100 Main Street, Suite 2550
Kansas City, Missouri 64105
Telephone:  (816) 799-0330
Facsimile:   (816) 799-0336
brad@kuhlman-law.com
chad@kuhlman-law.com
**Attorneys for Plaintiffs**

**UNITED STATES COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KATHRYN A. NIEMEYER, individually and As the Representative of the Estate of ANTHONY NIEMEYER, MARK NIEMEYER, JESSICA NIEMEYER, and REBECCA NIEMEYER,<br><br>　　　　　　　　Plaintiffs,<br><br>VS.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; THE HERTZ CORPORATION, a Delaware Corporation; HERTZ RENT-A-CAR, a Corporation.<br><br>　　　　　　　　Defendants. | CASE NO. 09-cv-2091-JCM-PAL<br><br>ORDER DENYING DEFENDANT FORD MOTOR COMPANY'S MOTION FOR SUMMARY JUDGMENT AND MOTION FOR SPOLIATION SANCTIONS AND DEFENDANT THE HERTZ CORPORATION'S MOTION TO DISMISS |

**ORDER**

Presently before the court are defendant Ford Motor Company's motion for summary judgment (Doc. #59), defendant Ford Motor Company's motion for spoliation sanctions (Doc. #60) and defendant The Hertz Corporation's motion to dismiss (Doc. # 61).

The court conducted a hearing on August 24, 2011. Bradley Kuhlman and Ralph Rohay appeared in person on behalf of the plaintiffs. Jay Schuttert and Joshua Cools appeared on behalf of defendant Ford Motor Company. Ralph Emerson appeared on behalf of defendant The Hertz Corporation.

Having reviewed and considered the matter,

IT IS SO ORDERED that:

1. Defendant Ford Motor Company's motion for summary judgment is **DENIED.**

2. Defendant Ford Motor Company's motion for spoliation sanctions is **DENIED**, without prejudice**.**

3. Defendant The Hertz Corporation's motion to dismiss is **DENIED.**

DATED this  26   day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE

Case 2:09-cv-02091-JCM-PAL   Document 76   Filed 09/15/11   Page 3 of 4

Respectfully submitted,

/s/ Chad C. Lucas
Bradley D. Kuhlman   *(Pro Hac Vice)*
Chad C. Lucas         *(Pro Hac Vice)*
THE KUHLMAN LAW FIRM, LLC.
1100 Main Street, Suite 2550
Kansas City, Missouri 64105
Telephone:  (816) 799-0330
Facsimile:   (816) 799-0336
brad@kuhlman-law.com
chad@kuhlman-law.com

Daniel T. Ryan, Esq. *(Pro Hac Vice)*
BOLLWERK & RYAN, LLC
10525 Big Bend Boulevard
St. Louis, MO 63122
Telephone: (314)315-8111
Facsimile:   (314)315-8113
dtr@bollwerkryan.com

Ralph J. Rohay, Esq
309 W. Lake Mead Pkwy., Ste. B
Las Vegas, NV 89015
Telephone: (702) 737-1122
Facsimile: (702) 737-3110
ralphrohay@yahoo.com
**Attorneys for Plaintiffs**

### **CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **PLAINTIFFS' PROPOSED ORDER DENYING DEFENDANT FORD MOTOR COMPANY'S MOTION FOR SUMMARY JUDGMENT AND MOTION FOR SPOLIATION SANCTIONS, AND DEFENDANT THE HERTZ CORPORATION'S MOTION TO DISMISS** by electronic service (via Case Management/Electronic Case Filing) to the following:

1 Jay Schuttert
Daniel S. Rodman
2 SNELL & WILMER, LLP
3883 Howard Hughes Parkway Suite 1100
3 Las Vegas, NV 89169
Tel: (702)784-5200
4 Fax: (702)7845252
jschuttert@swlaw.com
5 **Attorneys for Defendant**
**FORD MOTOR COMPANY**
6
Phillip R. Emerson, Esq.
7 EMERSON & MANKE, PLLC
1055 Whitney Ranch Drive, Suite 120
8 Henderson, NV 89014
Telephone: (702) 384-9444
9 Facsimile: (702) 384-9447
kryssy@emersonmanke.com
10 **Attorneys for Defendant**
**THE HERTZ CORPORATION**
11
12                                                          /s/ Chad C. Lucas
DATED this 15$^h$ Day of September, 2011.    **Attorneys for Plaintiffs**
13

**Kuhlman Law Firm, LLC**
**1100 Main Street, Suite 2550**
**Kansas City, Missouri 64105**
**(816) 799-0330**