Ralph J. Rohay, Esq
309 W. Lake Mead Pkwy., Ste. B
Las Vegas, Nevada 89015
Telephone: (702) 737-1122
Facsimile: (702) 737-3110
ralphrohay@yahoo.com

Daniel T. Ryan, Esq. *(Pro Hac Vice)*
LAW OFFICES OF DANIEL T. RYAN, LLC
10525 Big Bend Boulevard
St. Louis, Missouri 63122
Telephone: (314) 222-7717
Facsimile:  (314) 932-2688
dan@danryanlawoffice.com

Bradley D. Kuhlman   *(Pro Hac Vice)*
Chad C. Lucas         *(Pro Hac Vice)*
KUHLMAN & LUCAS, LLC
1100 Main Street, Suite 2550
Kansas City, Missouri 64105
Telephone:  (816) 799-0330
Facsimile:   (816) 799-0336
brad@kuhlmanlucas.com
chad@kuhlmanlucas.com
**Attorneys for Plaintiffs**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KATHRYN A. NIEMEYER, individually and as the Representative of the Estate of ANTHONY NIEMEYER, MARK NIEMEYER, JESSICA NIEMEYER, and REBECCA NIEMEYER,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | CASE NO. 09-cv-2091-JCM-PAL<br><br>**JOINT MOTION TO CONTINUE TRIAL SETTING** |

COME NOW Plaintiffs and Defendant Ford Motor Company, by and through their attorneys of record, and move to continue the September 24, 2012 trial date in this matter. The parties request that the trial date be continued to October 29, 2012. As outlined below, the reason for this request is the unavailability of plaintiffs' expert Dr. Mary Case.

- 1 -

Dr. Case is plaintiffs' forensic pathologist and performed a posthumous autopsy of Mr. Anthony Niemeyer. Although Dr. Case was available for the originally scheduled trial date of July 23, 2012, she is not available from September 26th through October 1st – when plaintiffs would need to call her in their case. As the Court is aware, cause of death is one of the hotly contested issues at trial. Dr. Case's presence is crucial to plaintiffs' case.

Plaintiffs' attorneys have spoken with defendant Ford's attorneys and defendant Ford has no objection to the proposed trial date of October 29, 2012.

Based on the foregoing, the parties request that the Court continue the trial date set in this matter to October 29, 2012. Accordingly, the parties respectfully submit this joint motion for the Court's consideration.

DATED this 27th day of July, 2012.

KUHLMAN & LUCAS, LLC

By:  /s/ Chad C. Lucas
     Bradley D. Kuhlman  *(Pro Hac Vice)*
     Chad C. Lucas       *(Pro Hac Vice)*
     KUHLMAN & LUCAS, LLC
     1100 Main Street, Suite 2550
     Kansas City, Missouri 64105
     Telephone:  (816) 799-0330
     Facsimile:  (816) 799-0336
     brad@kuhlmanlucas.com
     chad@kuhlmanlucas.com

     Daniel T. Ryan, Esq. *(Pro Hac Vice)*
     LAW OFFICES OF DANIEL T. RYAN, LLC
     10525 Big Bend Boulevard
     St. Louis, Missouri 63122
     Telephone: (314) 222-7717
     Facsimile: (314) 932-2688
     dan@danryanlawoffice.com

     Ralph J. Rohay, Esq
     309 W. Lake Mead Pkwy., Ste. B
     Las Vegas, Nevada 89015
     Telephone: (702) 737-1122

Facsimile: (702) 737-3110
ralphrohay@yahoo.com
**Attorneys for Plaintiffs**

DATED this 27th day of July, 2012.

SNELL & WILMER L.L.P

By: /s/ Jay J. Schuttert
Daniel S. Rodman
Joshua D. Cools
3883 Howard Hughes
Parkway Suite 1100
Las Vegas, Nevada 89169
Tel: (702) 784-5200
Fax: (702) 784-5252
jschuttert@swlaw.com
jcools@swlaw.com
drodman@swlaw.com
**Attorneys for Defendant
Ford Motor Company**

## ORDER

IT IS SO ORDERED that the trial of this case is rescheduled to the court's October 29, 2012 three-week trial stack.

DATED this 30th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE

Prepared and Submitted by:

KUHLMAN & LUCAS, LLC

/s/ Chad C. Lucas
Bradley D. Kuhlman  *(Pro Hac Vice)*
Chad C. Lucas       *(Pro Hac Vice)*
KUHLMAN & LUCAS, LLC
1100 Main Street, Suite 2550
Kansas City, Missouri 64105
Telephone: (816) 799-0330
Facsimile: (816) 799-0336
brad@kuhlmanlucas.com
chad@kuhlmanlucas.com
**Attorneys for Plaintiffs**