THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| KATHRYN NIEMEYER,<br>            Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br>            Defendant. | 2:09-cv-2091-JCM-PAL<br><br>MINUTES OF THE COURT<br><br>DATED: November 7, 2012 |

THE HONORABLE   **JAMES C. MAHAN**            UNITED STATES DISTRICT JUDGE

DEPUTY CLERK     DAVID OAKES          COURT REPORTER      JOY GARNER

COUNSEL FOR PLAINTIFF:  Bradley Kuhlman, Daniel Ryan

COUNSEL FOR DEFENDANT:   Daniel Rodman, Jay Schuttert, Joshua Cools

MINUTES OF PROCEEDINGS: **Jury Trial Day Eight**

The Court convened at 9:10 a.m., outside the presence of the jury to discuss jury instructions.

Court reconvened at 9:25 a.m., in the presence of the jury.   Parties stipulated to their presence.

**ELIZABETH RAPHAEL, M.D.**, is called to the stand, sworn and testified on direct examination by Mr. Rodman, *defendants' exhibits #830, 831 are marked and admitted into evidence.*

Court recessed at 10:25 a.m.   Jury was admonished and excused.

Court reconvened at 10:45 a.m.   Parties stipulated to their presence.

**ELIZABETH RAPHAEL, M.D.,** having previously been sworn, resumed the stand and testified further on direct examination by Mr. Rodman, cross examination by Mr. Kuhlman, *defendants' exhibits #653 -1 through 7 are marked and admitted into evidence,* re-direct examination by Mr. Rodman, re-cross examination by Mr. Kuhlman, then is excused.

**DEFENDANTS RESTS:**

*Plaintiffs' published to the jury exhibits #314 and #315.*

Court recessed for lunch at 11:50 a.m.   Jury was admonished and excused.

Court reconvened at 1:40 p.m., outside the presence of the jury.

**Kathryn Niemeyer vs. Ford Motor Company**
2:09-cv-2091-JCM-PAL
<u>**Jury Trial Day (8)**</u>                                                                                                     **Page 2**

**Court denied defendants' rule 50(a) motion for judgment as a matter of law without prejudice.**

Court recessed at 1:45 p.m.

Court reconvened at 1:50 p.m., outside the presence of the jury to finalize jury instructions.

Both parties stipulated to the jury instructions and verdict form that will be given in open court.

Court recessed at 1:55 p.m.

Court reconvened at 2:00 p.m., in the presence of the jury.  Parties stipulated to their presence.

Jury instructions are read to the jurors.

Closing arguments are made by Mr. Kuhlman on behalf of the plaintiff from 2:20 p.m., to 2:50 p.m.

Closing arguments are made by Mr. Rodman on behalf of the defendant from 2:55 p.m., to 3:25 p.m.

Rebuttal arguments are made by Mr. Kuhlman on behalf of the plaintiff from 3:30 p.m, to 3:40 p.m.

Clerk was directed to administer the oath to the bailiff.

Jury was sent to deliberate at 3:50 p.m.

Jury notified the court that it had reached a verdict.

Court reconvened at 4:40 p.m., in the presence of the jury.   Parties stipulated to their presence.

The court directed the clerk to read the verdict in open court. **(See verdict form)**.

The court directed defendants' counsel to file a judgment within <u>**10 days**</u> from today's date.

Court adjourned at 4:45 p.m.


                                                                                            **LANCE S. WILSON, CLERK**
                                                                                            **U.S. DISTRICT COURT**


                                                                                            BY:            /S/
                                                                                            David Oakes, Deputy Clerk