1  Daniel S. Rodman
   Nevada Bar No. 8239
2  Jay J. Schuttert
   Nevada Bar No. 8656
3  Joshua D. Cools
   Nevada Bar No. 11941
4  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
5  Las Vegas, NV 89169
   Telephone:  (702) 784-5200
6  Facsimile:  (702) 784-5252
   Email: drodman@swlaw.com
7  Email: jschuttert@swlaw.com
   Email: jcools@swlaw.com
8
   Attorneys for Defendant
9  FORD MOTOR COMPANY

10              **UNITED STATES DISTRICT COURT**

11                **DISTRICT OF NEVADA**

12  KATHRYN A. NIEMEYER, et al.,          CASE NO.  2:09-cv-2091-JCM-PAL

13              Plaintiffs,
                                          **JUDGMENT IN A CIVIL ACTION**
14  vs.                                   **FOLLOWING TRIAL BY JURY**

15  FORD MOTOR COMPANY,

16              Defendant.

17

18         This action was tried by a jury with the Honorable Judge James C. Mahan presiding.  A

19  jury of eight persons was regularly empanelled on the 29th day of October, 2012, to hear said

20  action; witnesses on behalf of the plaintiffs and the defendant were sworn and examined; and

21  exhibits were offered and admitted by the Court on behalf of the plaintiff and the defendant.

22         After hearing the evidence, the instructions of the Court, and the arguments of counsel, the

23  jury retired to consider its findings and subsequently returned on the 7th day of November, 2012,

24  with a unanimous verdict in favor of Defendant Ford Motor Company and against Plaintiffs

25  Kathryn A. Niemeyer, Individually and as the Representative of the Estate of Anthony Niemeyer,

26  Mark Niemeyer, Jessica Niemeyer, and Rebecca Niemeyer.  Pursuant to this special verdict, the

27  jury found that the 2007 Ford Focus's driver's airbag system was not defective.

28  / / /

Snell & Wilmer
———— L.L.P. ————
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1    IT IS THEREFORE ORDERED THAT Plaintiffs recover nothing, the action be dismissed

2    on the merits, and Defendant Ford Motor Company recover costs from Plaintiffs as provided by

3    law.

4    DATED this ___20th___ day of November, 2012.

5

6                                              By: _____
                                                   District Court Judge James C. Mahan

7    Prepared and Submitted by:
     SNELL & WILMER L.L.P.
8

9

10   Daniel S. Rodman
     Nevada Bar No. 8239
11   Jay J. Schuttert
     Nevada Bar No. 8656
12   Joshua D. Cools
     Nevada Bar No. 11941
13   3883 Howard Hughes Parkway, Suite 1100
     Las Vegas, NV  89169
14

15   Attorneys for Defendant
     FORD MOTOR COMPANY
16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On this date, I caused to be served a true and correct copy of the foregoing **JUDGMENT IN A CIVIL ACTION FOLLOWING TRIAL BY JURY** by the method indicated below:

| XXXXX | CM/ECF | _____ | Federal Express |
| XXXXX | U.S. Mail | _____ | Electronic Service |
| _____ | U.S. Certified Mail | _____ | Hand Delivery |
| _____ | Facsimile Transmission | _____ | Overnight Mail |

and addressed to the following:

Ralph J. Rohay, Esq.
309 W. Lake Mead Pkwy., Ste. B
Las Vegas, NV 89015
Telephone: (702) 737-1122
Facsimile: (702) 737-3110
Attorneys for Plaintiffs

Bradley D. Kuhlman, Esq. (*Pro Hac Vice*)
Chad C. Lucas, Esq. (*Pro Hac Vice*)
Kuhlman & Lucas, LLC
1100 Main St., Suite 2550
Kansas City, MO 64105
Telephone:  (816) 799-0330
Facsimile:  (816) 799-0336
Attorneys for Plaintiffs

Daniel T. Ryan, Esq. (*Pro Hac Vice*)
Law Office of Daniel T. Ryan, LLC
1717 Park Avenue
St. Louis, MO 63104
Telephone: (314) 222-7717
Facsimile: (314) 932-2688
Attorneys for Plaintiffs

DATED this 19th day of November, 2012.

An Employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

- 3 -